914 A.2d 866

**Jerry L. JOHNSON, Sr., Petitioner**

v.

**James L. GRACE, Superintendent State Correctional Institution at Huntingdon, Respondent.**

**No. 157 EM 2006.**

Supreme Court of Pennsylvania.

Dec. 20, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December, 2006, the Application for Leave to File Original Process is granted and the Petition for Writ of Habeas Corpus is denied.

914 A.2d 866

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Stephen COLEMAN, Petitioner.**

**No. 159 EM 2006.**

Supreme Court of Pennsylvania.

Dec. 20, 2006.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December, 2006, the Application to File Petition for Appeal Nunc Pro Tunc is denied without prejudice to seek relief under the Post Conviction Relief Act, 42 Pa.C.S. § 9541 et seq.